IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 21 2007

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CRIMINAL NO. 2:91-CR-323-01 |
| § | |
| ROBERT GARCIA § | |
| § | |
| Defendant § | |
| § | |

## SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid in full in the amount of $550.00, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that Robert Garcia be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

DONALD DeGABRIELLE, JR.
United States Attorney

By: _____
JOSE VELA, JR.
Assistant United States Attorney
Federal Bar No. 25492
Texas State Bar No. 24040072
P. O. Box 61129
Houston Texas  77208
Tel:  (713) 567-9000
Fax: (713) 718-3405

Date: 6-14-07